

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

E-filing

Dear Sir or Madam:

Your action has been filed as a civil case number **CV 08 2484**.

It appears that you have not attached a ~~complaint or~~ petition to your other pleadings.

**If you do not submit a complaint or petition (using the above referenced case number) within THIRTY DAYS from the filing date stamped above, your action will be dismissed and the file closed.**

MHP

(PR)

Sincerely,
RICHARD W. WIEKING, Clerk

By /s/
Deputy Clerk

MOTION          PETITION
(~~IFP Application~~ / ~~letter~~ / no ~~complaint~~)
(blank ~~complaint form~~ / petition attached)

Rev. 10/07

WILLIS